IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN SALVADOR,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-3376

AMERICAN AIRLINES AND
SEDGWICK CLAIMS
MANAGEMENT SERVICES,

     Appellees.

_____/

Opinion filed February 5, 2015.

An appeal from an order of the Judge of Compensation Claims.
E. Douglas Spangler, Jr., Judge.

Date of Accident: June 28, 2013.

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Robert A. Donahue and Richard B. Robbins of Rissman, Barrett, Hurt, Donahue &
McLain, P.A., Orlando, for Appellees.


PER CURIAM.

     AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.